**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SNAPAID, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:25-cv-00378-RWS |

**ORDER**

A *Markman* hearing in this matter is currently set for December 1, 2026. Docket No. 109. The deadline to propose a Technical Advisor is in this matter was October 26, 2026. Docket No. 107. To date, however, the parties have not done so. Therefore, the Court directs the parties to file a joint notice proposing a Technical Advisor no later than November 13, 2026. The parties should confirm the proposed Technical Advisor's availability prior to filing the notice. If the parties cannot agree on a Technical Advisor, the parties shall file a notice stating the impasse and the Court will appoint one. Accordingly, it is

**ORDERED** that the parties shall meet and confer and propose to the Court a technical advisor by **November 13, 2026**. If an agreement cannot be reached, each side is to propose two nominees for technical advisor. Parties are to provide the name, address, phone number, curriculum vitae and information regarding any nominee's availability for the *Markman* hearing.

**So ORDERED and SIGNED this 9th day of November, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE